UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN SOMERS,<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　Defendant. | Case No.: 2:21-cv-01596 -NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

　　　　Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. Plaintiff failed to respond to the questions about gross pay or wages and failed to fully respond to Question 7, regarding the amount of support she provides each person; therefore, her application is incomplete. *See id.* at 1-2. Accordingly, the Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis* without prejudice. Plaintiff will be granted an opportunity to cure the deficiencies of her application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application responding to every question provided on the application.

　　　　No later than **September 30, 2021,** Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a **signed and dated, accurate** application to proceed *in forma pauperis*. The Clerk of the Court shall send Plaintiff a blank application form. **Failure to timely comply with this order may result in a recommendation to the District Judge that this case be dismissed without prejudice.**

　　　　IT IS SO ORDERED.

　　　　Dated: August 31, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge