# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN SOMERS,<br><br>    Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant(s). | Case No. 2:21-cv-01596-NJK<br><br>**Order**<br><br>[Docket No. 5] |

Pending before the Court is Plaintiff's amended application to proceed *in forma pauperis*. Docket No. 5. The Court **SETS** a hearing on that motion for 1:00 p.m. on October 12, 2021. <u>Plaintiff herself must participate in the hearing</u>. Counsel and Plaintiff may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: September 28, 2021

                                                                               Nancy J. Koppe<br>
                                                                               United States Magistrate Judge