# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBIN SOMERS,

    Plaintiff(s),

v.

KILOLO KIJAKAZI,

    Defendant(s).

Case No. 2:21-cv-01596-NJK

**Order**

[Docket No. 10]

    Plaintiff filed a brief in this case that has been closed for three years. Docket No. 10. Accordingly, the Court **DENIES** Plaintiff's brief without prejudice and **STRIKES** it from the docket of this case. If Plaintiff seeks relief regarding an open case, presumably 2:24-cv-1594, then Plaintiff must refile her brief in that case.

    IT IS SO ORDERED.

    Dated: December 4, 2024

                                                                               Nancy J. Koppe
                                                                             United States Magistrate Judge